

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

On September 16, 2014, this court issued an order requiring Appellant Luis Baez provide written proof that court reporter Mary Beth Simpkins' reporter's fee had been paid or arrangements had been made to pay the reporter's fee. On October 27, 2014, court reporter Mary Beth Simpkins filed the remainder of the reporter's record in this cause. Appellant's brief is due to be filed no later than December 1, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court